UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOPEZ ENTERTAINMENT GROUP, LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>TELEMUNDO COMMUNICATIONS GROUP, LLC, a Delaware Limited Liability Company; TELEMUNDO GROUP LLC, a Delaware Limited Liability Company; TELEMUNDO HOLDINGS, LLC, a Delaware Limited Company; TELEMUNDO NETWORK LLC, a Delaware Limited Liability Company; TELEMUNDO NETWORK GROUP LLC, a Delaware Limited Liability Company; ARGOS COMUNICACIONES, dba Argos Media, a Mexican company; CAROLCO TV; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE No. CV13-05222-FMO (MRWx)<br><br>Judge: Hon. Fernando M. Olguin<br>Dept.: Courtroom 22<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>[Fed. R. Civ. P. 26(c)]<br><br><br>Complaint Filed: July 19, 2013<br>Discovery Cut-Off: April 30, 2014<br>Pre-trial Conf.: October 3, 2014<br>Trial Date: October 21, 2014 |

1  Upon consideration of the Stipulation and [Proposed] Protective Order (the
2  "Stipulated Protective Order") made and entered into by and between Plaintiff
3  LOPEZ ENTERTAINMENT GROUP, LLC ("Plaintiff"), and Defendants
4  TELEMUNDO MEDIA, LLC; TELEMUNDO GROUP, LLC, and TELEMUNDO
5  NETWORK GROUP, LLC (collectively "Defendants"), with reference to the
6  production and/or disclosure of documents or information that one or both parties
7  contend contains confidential, private, proprietary or trade secret business
8  information,

9  IT IS HEREBY ORDERED that the Stipulated Protective Order be, and
10 hereby is, entered as an Order of this Court, <u>subject to the modification that any</u>
11 <u>application for under seal treatment (para. 22) will comply in full with Local Rule</u>
12 <u>79</u>.  Additionally, although the Court typically will **not** accept discovery motions
13 filed on an <u>ex parte</u> basis, the Court will consider waiving that prohibition (para. 17)
14 only upon an appropriate showing of good cause.

17 DATED:  April 3, 2014

/s/ Judge Wilner

Hon. Michael R. Wilner
United States Magistrate Judge

2
[PROPOSED] PROTECTIVE ORDER