UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5222 FMO (MRWx) | Date | June 2, 2014 |
|---|---|---|---|
| Title | Lopez Entertainment Group, LLC v. Telemundo Communications Group LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. See Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). See Fed. R. Civ. P. 12(a)(1) & (2). The court may dismiss the action prior to the 120 days, however, if plaintiff(s) has/have not diligently prosecuted the action. See Fed. R. Civ. P. 41(b).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, IT IS ORDERED THAT:

1. No later than **June 9, 2014**, plaintiff shall show cause in writing on or before why defendants **Argos Comunicaciones d/b/a Argos Media** and **Carolco TV** should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response, if plaintiff/defendant files a proof of service of summons and First Amended Complaint on the above-referenced defendants.

2. Failure to file a proof of service by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice as to the above-referenced defendants.

3. Pursuant to the Court's Order of November 27, 2013, all "Doe" defendants are hereby dismissed.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |