HODGSON LEGAL
CHERYL L. HODGSON (CSB# 141275)
cheryl@hodgsonlegal.com
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
Telephone: (310) 623-3515

Attorney for Plaintiff LOPEZ ENTERTAINMENT GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ ENTERTAINMENT GROUP, LLC, a California Limited Liability Company<br><br>Plaintiff<br><br>vs.<br><br>TELEMUNDO COMMUNICATIONS GROUP, LLC, a Delaware Limited Liability Company; TELEMUNDO GROUP LLC, a Delaware Limited Liability Company; TELEMUNDO HOLDINGS, LLC, a Delaware Limited Company; TELEMUNDO NETWORK LLC, a Delaware Limited Liability Company; TELEMUNDO NETWORK GROUP LLC, a Delaware Limited Liability Company; ARGOS COMUNICACIONES, dba Argos Media, a Mexican company; CAROLCO TV; and DOES 1 through 10, inclusive<br>                    Defendants. | CASE NO. CV13-05222 FMO (MRWx)<br><br>**DECLARATION OF CHERYL L. HODGSON IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND TIME FOR DISCOVERY IN ORDER TO COMPLETE PREVIOUSLY NOTICED TESTIMONY AND MOTION TO COMPEL FURTHER TESTIMONY OF DEFENDANT TELEMUNDO** |

I, Cheryl L. Hodgson, declare under penalty of perjury:

1. I am attorney for Plaintiff in this action.

2. I would testify truthfully to the matters stated here in if called upon to do so.

3. I submit this declaration in support of Plaintiff's Ex Parte Application to Extend the deadline within which to complete discovery for 30 days, i.e. until August 1, 2014, and to Compel further deposition testimony of Telemundo on matters not previously noticed in the earlier deposition notice.

4. On June 19 and 20, 2014, I deposed witnesses from Telemundo in Miami, FL pursuant to FRCP 30(b)(6). During the testimony on of the witnesses, Carlos Mantilla, disclosed that he shared promos, including videos produced for the Upfront Presentations with various departments of Telemundo, including the digital department.

5. On Friday June 20, 2014, the morning after Mr. Mantilla's testimony had concluded, counsel appearing on behalf of Telemundo provided me with several new documents, including an email from Mr. Mantilla to his infringing versions of the Upfront containing Plaintiff's copyrighted musical composition. A true and correct copy of this email is attached as "Exhibit A."

6. None of the three witnesses produced by Telemundo had knowledge of the take down notices allegedly served by Telemundo to various sites containing the Infringing video as contained in the original Notice of Deposition.  Attached as "Exhibit B" is a true and correct copy of the Rule 30(b)(6) Notice of Deposition originally served on Telemundo.  Item 15 was the Issuance of Take Down Notices to various websites where Defendants' infringing video was posted on the Internet.

7. Attached as "Exhibit C" is a true and correct copy of the excerpt of deposition of Mr. Mantilla on June 19, 2014.

8. Plaintiff's counsel gave notice by email on June 20, 2014, 10 days prior to the close of discovery, that in light of Mr. Mantilla's testimony, Plaintiff was preparing and would serve a second 30(b)(6) Notice seeking to obtain testimony on subjects not covered by the original Deposition Notice and the person knowledgeable regarding the take down notices.  Attached is "Exhibit D" is a true and correct copy of the email I sent on June 20, 2014, ten days prior to close of discovery.  The official notice was prepared and service on Sunday June 22, 2014.  A true and correct copy of this Notice of Deposition is attached as "Exhibit E."

1

9. Defendant has objected to the additional matters set forth in Exhibit D, as well as the additional time within which to complete Rule 30(b)(6) testimony leading plaintiff to file this Ex Parte Application.

10. On Friday June 27, 2014, I met and conferred with Anjani Mandavia, Counsel for Telemundo by phone call. At her request, I outlined the remaining items of discovery to complete in a letter later that same day. My letter to Ms. Mandavia of June 27, 2014 is attached as "Exhibit F."

11. In late May 2014, plaintiff served a subpoena on Clevver Media seeking evidence as to the source of the infringing video posted by CLEVVR, which contained plaintiff's copyrighted music and video footage produced by Telemundo. On June 20, 2014, I received a phone call from New York counsel for Clevver stating an intention to comply with the subpoena, but that officials in Los Angeles needed two additional weeks to comply and would will be available for testimony after the second week of July 2014.

12. The deposition of Lopez Entertainment LLC was conducted on Monday, June 30, 2014. Because of the brief time (one week) between the taking of testimony of Telemundo in Miami on June 19-20, 2014, the taking of Lopez Entertainment on June 30, 2014, and

the close of discovery on June 30, 2014, there was insufficient time to schedule and complete the testimony set forth in Exhibit D.

13. Attached as "Exhibit G" is a true and correct copy of a letter dated July 2, 2014 from Anjani Mandavia, counsel for Telemundo.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 2, 2014 at Santa Monica, California.

Dated: July 2, 2014        **HODGSON LEGAL**

By: /s/ Cheryl L. Hodgson
　　　Cheryl L. Hodgson

Attorney for Plaintiff
LOPEZ ENTERTAINMENT GROUP LLC