HODGSON LEGAL
CHERYL L. HODGSON (CSB# 141275)
cheryl@hodgsonlegal.com
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
Telephone: (310) 623-3515

Attorney for Plaintiff LOPEZ ENTERTAINMENT GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ ENTERTAINMENT GROUP, LLC, a California Limited Liability Company<br><br>Plaintiff<br><br>vs.<br><br>TELEMUNDO COMMUNICATIONS GROUP, LLC, a Delaware Limited Liability Company; TELEMUNDO GROUP LLC, a Delaware Limited Liability Company; TELEMUNDO HOLDINGS, LLC, a Delaware Limited Company; TELEMUNDO NETWORK LLC, a Delaware Limited Liability Company; TELEMUNDO NETWORK GROUP LLC, a Delaware Limited Liability Company; ARGOS COMUNICACIONES, dba Argos Media, a Mexican company; CAROLCO TV; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV13-05222 FMO (MRWx)<br><br>**PLAINTIFF'S *EX PARTE* FOR ORDER SHORTENING TIME ON MOTION TO COMPEL TELEMUNDO TO APPEAR FOR DEPOSITIONS**<br><br>**Concurrently filed herewith:**<br>**(1) Notice of Motion and Motion for Order Requiring Telemundo to Appear for Rule 30(b)(6)**<br>**(2) Declaration of Cheryl L. Hodgson**<br>Hon. Fernando M. Olguin<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 22 – 5th Floor<br><br>Fact Discovery Cut-Off: June 30, 2014<br>Pre-trial Conference: October 3, 2014<br>Trial: October 21, 2014 |

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2    PLEASE TAKE NOTICE that pursuant to Local Rule 7-19, Plaintiff
3    Lopez Entertainment Group LLC ("Plaintiff") hereby applies to the Court *ex*
4    *parte*, for expedited consideration of Plaintiff's accompany Motion to Compel
5    Telemundo to appear for its deposition.

6    Plaintiff noticed Telemundo's deposition, pursuant to Federal Rule
7    30(b)(6), for June 30, 2014, together with a request that Telemundo stipulate
8    to a brief continuance of time to allow Plaintiff to complete the discovery
9    following the discovery cut off of June 30, 2014.  Telemundo propounded
10   written objections in which it refused to appear, incorrectly contending that
11   the deposition notice of improper (as discussed in greater detail in Plaintiff's
12   accompanying Motion to Require Telemundo to Appear for Rule 30(b)(6)
13   Deposition).    Plaintiff diligently attempted to meet and confer with
14   Telemundo and work toward cooperatively scheduling the deposition.

15   Telemundo refused to so stipulate, giving rise to this Ex Parte
16   Application to Extend the Discovery until July 31, 2014, and accompanying
17   Motion to Compel Testimony pursuant to the Notice of Deposition attached
18   to the Declaration of Cheryl Hodgson as Exhibit E.

19   In light of these facts, expedited consideration of Plaintiff's motion to
20   compel is needed.  Plaintiff respectfully requests that the Court consider
21   Plaintiff's motion immediately to avoid further delay by Telemundo in
22   appearing for deposition.

23   Plaintiff gave notice of this application to Anjani Mandavani, counsel
24   for Telemundo, during a telephone conference on June 27, 2014, and again
25   in person on June 30, 2014 during the deposition testimony of plaintiff Lopez
26   Entertainment.

27   ///
28   ///

1  Dated: July 2, 2014            **HODGSON LEGAL**

                                  By: */s/* Cheryl L. Hodgson
                                       Cheryl L. Hodgson