HODGSON LEGAL
CHERYL L. HODGSON (CSB# 141275)
cheryl@hodgsonlegal.com
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
Telephone: (310) 623-3515

Attorney for Plaintiff LOPEZ ENTERTAINMENT GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ ENTERTAINMENT GROUP, LLC, a California Limited Liability Company<br><br>Plaintiff<br><br>vs.<br><br>TELEMUNDO COMMUNICATIONS GROUP, LLC, a Delaware Limited Liability Company; TELEMUNDO GROUP LLC, a Delaware Limited Liability Company; TELEMUNDO HOLDINGS, LLC, a Delaware Limited Company; TELEMUNDO NETWORK LLC, a Delaware Limited Liability Company; TELEMUNDO NETWORK GROUP LLC, a Delaware Limited Liability Company; ARGOS COMUNICACIONES, dba Argos Media, a Mexican company; CAROLCO TV; and DOES 1 through 10, inclusive<br>Defendants. | CASE NO. CV13-05222 FMO (MRWx)<br><br><br><br>**CERTIFICATE OF SERVICE** |

1  I, the undersigned, certify and declare that I am over the age of 18
2  years, employed in the County of Los Angeles, State of California, and am
3  not a party to the above-entitled action.
4  On July 2, 2014, I filed a copy of the following document(s):

**MOTION TO COMPEL TELEMUNDO TO APPEAR AT RULE 30(B)(6) DEPOSITIONS**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL TELEMUNDO TO APPEAR FOR RULE 30(B)(6) DEPOSITIONS**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER EXTENDING DEADLINE FOR DISCOVERY**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER EXTENDING DEADLINE FOR DISCOVERY**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME**

**DECLARATION OF CHERYL L. HODGSON**

by electronically filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

Anjani Mandavia
**Mandavia & Ephraim LLP**
amandavia@mandaviallp.com

I hereby certify and declare, under the penalty of perjury, under the laws of the United States of the State of California, that the foregoing is true and correct.

1

Executed on this 2nd day of July, 2014, at Santa Monica, California.

Dated: July 2, 2014        /s/ Cheryl L. Hodgson
                           Cheryl L. Hodgson